**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| ROBERT GOMEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 15-03151-CV-S-RK |
| | ) | |
| | ) | |
| LISA M. SANDERS, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

  Before this Court is Magistrate Judge David P. Rush's Report and Recommendation (doc. 9) concluding that Petitioner's Defendant's *pro se* petition for writ of habeas corpus (doc. 1) should be transferred. After conducting an independent review, the Court hereby ADOPTS Judge Rush's Report and Recommendation.

  IT IS THEREFORE ORDERED that the Court ADOPTS the Report and Recommendation of Judge Rush (doc. 9). The Clerk of Court is ordered to TRANSFER this case to the United States District Court for the Eastern District of California.

  SO ORDERED.

s/ Roseann A. Ketchmark<br>
ROSEANN A. KETCHMARK, JUDGE<br>
UNITED STATES DISTRICT COURT

DATED: May 11, 2016