# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FLORES GOMEZ,<br><br>    Petitioner,<br><br>    v.<br><br>LINDA M. SANDERS,<br><br>    Respondent. | Case No. 1:16-cv-00662-EPG-HC<br><br>ORDER TO SHOW CAUSE |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On November 21, 2016, the Court granted Respondent until February 9, 2017, to file a response to the petition. (ECF No. 21). As of February 21, 2017, Respondent has failed to file a response to the petition.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

///
///
///
///
///

Accordingly, it is HEREBY ORDERED that within FOURTEEN (14) days of the date of service of this order, Respondent shall show cause why appropriate sanctions should not be imposed for failure to obey the Court's order.

IT IS SO ORDERED.

Dated:  **February 21, 2017**            /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE