# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FLORES GOMEZ,<br><br>Petitioner,<br><br>v.<br><br>LINDA M. SANDERS,<br><br>Respondent. | Case No. 1:16-cv-00662-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE STATUS REPORT AND RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court had granted Respondent until June 8, 2017, to file a response to the petition in order to give the parties the opportunity to resolve this matter in Petitioner's underlying criminal case rather than in the instant habeas proceeding. (ECF No. 26). Respondent has failed to timely file a response to the petition.

IT IS HEREBY ORDERED that within FOURTEEN (14) days of the date of service of this order, Respondent shall file a status report and a response to the petition, if Respondent still intends to do so.

IT IS SO ORDERED.

Dated: **June 14, 2017**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

1