# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FLORES GOMEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>LINDA M. SANDERS,<br><br>　　　　Respondent. | Case No. 1:16-cv-00662-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE CERTIFICATE OF SERVICE<br><br>(ECF No. 28) |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On June 23, 2017, Respondent filed a motion to dismiss. (ECF No. 28). Local Rule 135(c) provides that "[w]hen service of any pleading, notice, motion, or other document required to be served is made, proof of such service shall be endorsed upon or affixed to the original of the document when it is lodged or filed." Here, Respondent has not filed with the Court a certificate of service of the motion to dismiss.

///
///
///
///
///

1

Accordingly, the Court HEREBY ORDERS that within seven (7) days of the date of this order, Respondent SHALL file a certificate of service[1] with the Court.

IT IS SO ORDERED.

Dated: **June 27, 2017**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that according to the motion to dismiss, Petitioner is currently detained in the Fresno County Jail.